UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHRISTOPHER SHORTER, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO.  3:05-CV-332 RM |
| v. ) | |
| ) | |
| JENNIE JAMES, *et al.*, ) | |
| ) | |
| Defendants ) | |

<u>OPINION AND ORDER</u>

This case is before the court on a letter filed by plaintiff Christopher Shorter on June 26, 2005. The court construes Mr. Shorter's letter as a motion to alter or amend judgment pursuant to FED. R. CIV. P. 59(e). Mr. Shorter says that although the court's order characterized him as a pretrial detainee, he had been convicted he was housed at the jail. This provides no basis to reconsider the prior ruling because "the recognized standard of protection afforded to both convicted prisoners and pretrial detainees" is the same. <u>Palmer v. Marion County</u>, 327 F.3d 588, 593 (7th Cir. 2003). None of Mr. Shorter's rights were violated by the actions of the defendants. Accordingly, the motion to alter or amend is DENIED.

SO ORDERED.

ENTERED:  July 11 , 2005

    /s/ Robert L. Miller, Jr.
Robert L. Miller, Jr., Chief Judge
United States District Court